

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00070-CV

---

CULLEN BENNERT, APPELLANT

V.

ERICA COTE, APPELLEE

On Appeal from the County Court at Law No. 2
Randall County, Texas
Trial Court No. 85717L2, Honorable Matthew C. Martindale, Presiding

June 24, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Cullen Bennert, appeals from the trial court's judgment. Appellant's brief was due May 27, 2025, but was not filed. By letter of June 3, 2025, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by June 13. To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss his appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam